# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAKE EDWARD HOWLAND,**<br><br>　　　　　　Defendant. | CASE NO.: 2:19-CR-0073-GEB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Jake Edward Howland |
| Detained at | San Quentin State Prison (CA) |
| Warden/Custodian: | Ronald Davis, Warden |

Detainee is:　　a.)　☒ charged in this district by:　☒ Indictment　☐ Information　☐ Complaint
　　　　　　　　　　　charging detainee with:　18 U.S.C. § 922(o) – Illegal Possession of a Machine Gun

　　or　　　　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　or　　　　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Timothy H. Delgado* |
| Printed Name & Phone No: | AUSA Timothy H. Delgado – (916) 554-2805 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated:　6/25/2019 | /s/ Carolyn K. Delaney<br>Hon. Carolyn K. Delaney<br>United States Magistrate Judge |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKAs (if known): | Jake Edward Vincent Howland | ☒Male ☐Female | |
| Booking or CDC #: | CDCR # BJ3221 | DOB: | |
| Facility Address: | San Quentin State Prison | Race: | |
| | Main Street | | |
| | San Quentin, CA 94964 | | |
| Facility Phone: | (415) 454-1460 | FBI#: | |
| Currently | In Custody | | |

**RETURN OF SERVICE**

Executed on: _____   _____
                                                                  (signature)