| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:19-CR-0073-GEB |
| | Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO CONTINUE STATUS CONFERENCE |
| v. | | Date: July 26, 2019 |
| JAKE EDWARD HOWLAND, | | Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| | Defendant. | |

Plaintiff United States of America, through its respective counsel, and defendant Jake Edward Howland, through his counsel of record, stipulate that the status conference now set for July 26, 2019, be continued to August 30, 2019, at 9:00 a.m.

On July 1, 2019, Mr. Howland was arraigned on the single-count Indictment. (ECF Nos. 3, 8.) Recently, the government produced to the defense discovery that includes 62 pages of documents, 13 photos, three videos, and two forensic reports from Mr. Howland's cellular telephone. Defense counsel requires time to review these materials, time to conduct additional investigation, time to research potential defenses and motions, and time to otherwise prepare for trial. In addition, defense counsel is in the process of obtaining court records necessary to advise Mr. Howland.

Based on the foregoing, the parties stipulate that the status conference currently set for July 26, 2019, be continued to August 30, 2019, at 9:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including August 30, 2019,

under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: July 23, 2019            */s/ Timothy H. Delgado*
                                TIMOTHY H. DELGADO
                                Assistant United States Attorney
                                *Attorney for Plaintiff United States*

Dated: July 23, 2019            */s/ THD for Christina Sinha*
                                CHRISTINA SINHA
                                Assistant Federal Defender
                                *Attorney for Defendant Jake Howland*

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including August 30, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the July 26, 2019 status conference be continued until August 30, 2019, at 9:00 a.m.

Dated: July 23, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge